AO 91 (Rev. 11/11) Criminal Complaint

*Felony*

United States District Court
Southern District of Texas
**FILED**

APR 2 5 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District Of Texas

United States of America
v.

1 Eduardo AGUILAR-Sanchez, 2 Guadalupe PARRA, 3 Juan VEGA and 4 Miguel Angel DE LA CRUZ-Reyes

*Defendant(s)*

Case No. B-19-509-MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __4/25/2019__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841a(1) & 846 | Knowingly and intentionally possess with intent to distribute approx. 95.25 kilos of marijuana, Schedule I controlled substance under CSA of 1970; Conspiracy to possess with intent to distribute the same 95.25 kilograms of marijuana. |

This criminal complaint is based on these facts:

See attachment

☑ Continued on the attached sheet.

*Complainant's signature*

Elias L. Gonzalez, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __4/25/2019__

City and state: __Brownsville, Texas__

*Judge's signature*

U.S. Magistrate Judge Ignacio Torteya III
*Printed name and title*

United States District Court
Southern District of Texas
**FILED**

APR 2 5 2019

David J. Bradley, Clerk of Court

United States

V.

Eduardo AGUILAR-Sanchez,
Guadalupe PARRA,
Juan VEGA, &
Miguel Angel DE LA CRUZ-Reyes

B-19-509-MJ

## ATTACHMENT
### (AFFIDAVIT CONTINUED)

On April 25, 2019, at approx. 1:50 a.m., US Border Patrol Agent (BPA) John Clough was assigned to line-watch duties, operating the scope truck (thermal imaging mobile system) when he observed several subjects walking north away from the Rio Grande River in Brownsville, Texas. BPA Clough advised nearby agents the four subjects were seen crossing Highway 4 from a brushy area west of Yolanda Del Rio Road also known as "Pole line Road". Agents Adrian Gonzalez with his K9 partner FUNIA #160699 and Agent Ricardo Sanchez responded to the last known area and located four subjects laying down next to four bundles of marijuana. The four subjects were identified as Eduardo AGUILAR-Sanchez, D/B: ▇-1991, Guadalupe PARRA, DOB: ▇/1993, Juan VEGA, DOB ▇/1985 and Miguel Angel DE LA CRUZ-Reyes, DOB: ▇/1997. All four subjects were searched incident to arrest and all four had visible strap marks on their shoulders and backs consistent with those seen during narcotics smuggling attempts. The four subjects and four bundles were transported to the Fort Brown Border Patrol Station for processing. Upon arrival at Fort Brown Station, the four seized bundles were examined and weighed by Agent Sanchez. The substance was positively identified through the use of a Reagent field test kit as possessing the physical and chemical characteristics associated to that of marijuana. The combined weight of the four bundles weighed approx. 95.25 Kgs (210 lbs.). All four subjects were advised of their Miranda Warnings by BPAs and all four subjects requested to have an attorney present before any questioning.

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence,

| 04-25-2019 | at | Brownsville, Texas |
|---|---|---|
| Date | | City and State |

U.S. Magistrate Judge Ignacio Torteya, III

Name and Title of Judicial Officer       Signature of Judicial